# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GARON HARDEN, | NO. CV 12-8549 FMO (SHx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| BROADWAY FEDERAL BANK, et al., | |
| Defendants. | |

On May 14, 2013, the court issued an Order granting plaintiff leave to file a Second Amended Complaint no later than May 28, 2013. Plaintiff was "cautioned that failure to timely file a Second Amended Complaint may result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order." (Court's Order of May 14, 2013, at 2) (citing Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)). As of the filing date of this Order, no Second Amended Complaint has been filed. Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of prosecution and failure to comply with the orders of the court. See Fed. R. Civ. P. 41(b). Dated this 3rd day of June, 2013.

/s/
Fernando M. Olguin
United States District Judge