JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DR. GARON HARDEN, | ) | NO. CV 12-8549 FMO (SHx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| BROADWAY FEDERAL BANK, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 3rd day of June, 2013.

/s/
Fernando M. Olguin
United States District Judge